UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 2:23-08882 SB (ADS)     Date: August 23, 2024

Title: _Tresor Maleka Ndandu v. Alvarado, et al._

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On August 12, 2024, the Court ordered Defendants M. Almaguer, S. Alvarado and A. Sanchez ("Defendants") to contact at-liberty Plaintiff Tresor Maleka Ndandu ("Plaintiff"), conduct a conference of counsel pursuant to Local Rule 7-3, and file a declaration by Thursday August 22, 2024, describing the conference and identifying any issues that remain in dispute. (Dkt. No. 38.) As of the date of this order, the Court has not received a declaration or any response from Defendants.

Defendants are hereby ORDERED TO SHOW CAUSE why the Court should not strike the Motion to Dismiss (Dkt. No. 37) for failure to comply with Local Rule 7-3 and failure to obey court orders. Defendants must file a declaration by no later than Monday, August 26, 2024.

**IT IS SO ORDERED.**

Initials of Clerk kh