UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRESOR MALEKA NDANDU,

                    Plaintiff,

          v.

ALVARADO, et al.,

                    Defendants.

Case No. 2:23-cv-08882-SRM-ADS

**ORDER TO SHOW CAUSE RE: SANCTIONS AND REQUESTING A STATUS REPORT RE: APPOINTMENT OF COUNSEL**

On April 2, 2026, this Court set the Final Pretrial Conference for June 17, 2026, at 2:00 p.m. *See* Dkt. 114. On June 17, 2026, Plaintiff Tresor Maleka Ndandu ("Plaintiff Ndandu") failed to appear in court. Accordingly, the Court **ORDERS** Plaintiff Ndandu **TO SHOW CAUSE** why he should not be sanctioned in the amount of $100 for failure to appear at the Final Pretrial Conference.

The Court **CONTINUES** the Final Pretrial Conference to July 8, 2026, at 2:00 p.m, and **SETS** an Order to Show Cause hearing for that same date and time. Plaintiff Ndandu is **ORDERED** to appear **IN PERSON** at the hearing. Plaintiff Ndandu is **ORDERED** to file a brief of no more than five pages in response to the OSC. This submission is due on or before July 3, 2026.

-1-

Additionally, the Court **ORDERS** Plaintiff Ndandu to submit a declaration as to whether he would like the Court to publicize a request for counsel to appear on his behalf at trial. Plainitff Ndandu must inform the Court as to whether he wants an appointment of counsel as soon as possible, but no later than June 26, 2026.

For the reasons state above, the Court **ORDERS** as follows:

1. Plainitff Ndandu is **ORDERED** to file a response as to whether he would like to have an appointment of counsel for trial **as soon as possible, but no later than June 26, 2026**.

2. The Final Pretrial Conference is **CONTINUED** to July 8, 2026, at 2:00 p.m.

3. The Court **SETS** a hearing on the Order to Show Cause re: Sanctions to July 8, 2026, at 2:00 p.m. Plaintiff Ndandu is **ORDERED to appear in person**. If Plaintiff Ndandu fails to appear in person, the Court will consider dismissal for lack of prosecution.

4. Plaintiff Ndandu is **ORDERED** to respond **in writing** to this Order to Show Cause re: Sanctions on or before July 3, 2026.

**IT IS SO ORDERED.**

Dated: June 17, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-2-